

# Summons

**Exhibit A**

In the matter of   MICHAEL E BOULANGER, 11152 WESTHEIMER 272, HOUSTON, TX 77042-3208

Internal Revenue Service (Division):  SMALL BUSINESS/SELF EMPLOYED

Industry/Area (name or number):  Small Business / Self Employed

Periods:   See Attachment 1 to Summons Form 2039 for Period Information

### The Commissioner of Internal Revenue

To:   TIM BRANNAN MANAGING DBA BUSINESS CONSTRUCTION SERVICES LLC

At:   4044 S BRYANT BLVD, SAN ANGELO, TX 76903

You are hereby summoned and required to appear before CHRISTOPHER FLETCHER, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Testimony and Records in regards to the above taxpayer and associated trust or businesses.

Including but not limited contracts for last 3 years, payments for last 12 months and current projects.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

8701 S GESSNER, STOP 5434 HAL, HOUSTON TX 77074-2944 (281) 721-7466

**Place and time for appearance at**   33 E. TWOHIG, SAN ANGELO, TX 76903

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

on the  22nd  day of  December , 2015  at  9:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  30th  day of  November , 2015

CHRISTOPHER FLETCHER
Signature of Issuing Officer

REVENUE OFFICER
Title

Form 2039(Rev. 10-2010)
Catalog Number 21405J

Prior Approval GM TC
Signature of Approving Officer (if applicable)

GROUP MANAGER
Title

Original -- to be kept by IRS

01/06/2016  1:38PM  (GMT-05:00)



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 12/1/15

Time: 12:35

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Taped to door of Residence 5601 Columbus San Angelo TX 76904_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: _[signed]_     Title: RO

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: N/A

Time: N/A

Name of Noticee: N/A

Address of Noticee (if mailed): N/A

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☑ No notice is required.

Signature: _[signed]_     Title: RO

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _[signed]_     Title: RO

Form 2039 (Rev. 10-2010)

01/06/2016  1:38PM (GMT-05:00)

# Attachment 1 to Summons Form 2039

In the matter of **MICHAEL E BOULANGER**

Period information: Form 1040 for the calendar periods ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2008 and Form CIVPEN for the quarterly periods ending December 31, 1996, December 31, 1998, December 31, 2006, December 31, 2007 and December 31, 2008