**Exhibit B**

# FAX COVER SHEET

**To:**

**Company:**

**Fax Number:** 18665332984

**Re:** Chris Fletcher ATAT Revenue Officer

**From:** Gloria Hernandez
<bcs.gloria@gmail.com>

**Date:** 12/21/15 01:42:22 PM

**Pages (Including cover):** 2

**Notes:**



12/21/2015    12:44PM (GMT-06:00)

# Business Construction Services LLC

4045 Hollister St • Houston, TX 77080 • Phone: 713-690-1415 • Fax: 866-334-5329
E-Mail: besllc2010@gmail.com

Date: 12-21-15

Mr. Christopher Fletcher
Revenue Officer
IRS
8701 Gessner
Stop 5434 Hal
Houston, TX 77074

Dear Mr Fletcher:

I would like to request that we reschedule the "Summons" scheduled for 9:00am December 22, 2015 in San Angelo, Tx in the matter of Michael Boulanger. We recently had a baby that was born 7 weeks early, we spent several weeks in NICU and recently have gotten her home. I am not fully prepared and would like consideration to reschedule at the end of January 2016.

Sincerely,

Tim Brannan

Business Construction Services LLC