**Exhibit C**

## FAX COVER SHEET

**To:**

**Company:**

**Fax Number:** 18665332984

**Re:** Chris Fletcher, Revenue Officer

**From:** Gloria Hernandez
<bcs.gloria@gmail.com>

**Date:** 02/09/16 03:44:02 PM

**Pages (Including cover):** 2

**Notes:**



# Business Construction Services LLC



4045 Hollister St● Houston, TX 77080● Phone: 713-690-1415 ● Fax: 866-334-5329
E-Mail: bcsllc2010@gmail.com

Date: February 9, 2016

Mr. Christopher Fletcher
Revenue Officer
IRS
8701 Gessner
Stop 5434 Hal
Houston, TX 77074

Dear Mr Fletcher:

I regret to inform you that I will not be able to attend the "summons" scheduled for February 10, 2016 in San Angelo, TX in the matter of Michael Boulanger. In addition, a separate "summons" has been issued requesting my appearance on February 25, 2016 in New Orleans, LA in the matter of Michael Boulanger. I would like to request to consolidate these two matters in order to attempt resolution in Houston, TX.

Sincerely,

Tim Brannan

Business Construction Services LLC