**Exhibit D**



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Date: 02/16/2016

MFR ELECTRIC
3900 CAUSEWAY BLVD STE 1200
METAIRIE, LA 70002

---

Mr. Brannan,
Per your request the summons appointment scheduled for February 25th at our New Orleans, LA office is being rescheduled for February 24th at 1:00 pm at the Houston, TX office located at 8701 S. Gessner Houston, TX 77074. The summons appointment was set per Internal Revenue Service procedures at the closest office to your location. I am happy to accommodate your request but must advise that this is being done at no additional expense to the Government and that no travel expenses will be paid on your behalf. If you still wish to meet in Houston please sign below and return to my attention acknowledging that the meeting is being moved at your request and that no expenses will be paid on your behalf.

Acknowledgment

_____

Sincerely,
Christopher J. Fletcher

Digitally signed by Christopher J. Fletcher
DN: c=US, o=U.S. Government, ou=Department of the Treasury, ou=Internal Revenue Service, ou=People, serialNumber=495595, cn=Christopher J. Fletcher
Date: 2016.02.16 12:01:31 -06'00'

CHRISTOPHER FLETCHER
REVENUE OFFICER
Employee ID#: 1000245803